In the Matter of WILLIAM C. MAYNE, an Attorney.— Motion granted and

matter referred to Hon. Henry A. Gildersleeve, official referee. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.